921 A.2d 444

RONALD A. MACKINNON, PLAINTIFF–PETITIONER, v. ERIKA MACKINNON, DEFENDANT–RESPONDENT.

April 5, 2007.

Granted.

921 A.2d 444

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. REGINALD ANDERSON, DEFENDANT–PETITIONER.

April 12, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

921 A.2d 444

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ASSHAKOOR WRIGHT, DEFENDANT–PETITIONER.

April 12, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).